UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RICHARD SNYDER,<br><br>Plaintiff,<br><br>vs.<br><br>CIBC BANCORP USA, INC. d/b/a CIBC BANK USA, CANADIAN IMPERIAL BANK OF COMMERCE a/k/a CIBC, JOHN FALB, BRUCE HAGUE, JEFF RAIDER, and MICHAEL CAPATIDES,<br><br>Defendants. | Case No. 4:22-cv-00302<br><br>**CIBC BANK USA'S CORPORATE DISCLOSURE/STATEMENT OF INTEREST** |

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 7.1 and LR 81.c, d, and e, Defendant CIBC Bank USA in this case provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to Defendant as the as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the outcome in the case:

*CIBC Bank USA is wholly owned by CIBC Bancorp USA Inc., a private company.*

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

*CIBC Bancorp USA Inc. is wholly owned by Canadian Imperial Bank of Commerce. Shares of Canadian Imperial Bank of Commerce stock trade on the Toronto Stock Exchange ("TSX") and the New York Stock Exchange ("NYSE") under the symbol CM. No other parent and/or other publicly held corporations own 10% or more of the common stock.*

Dated:  July 18, 2023.

                    Respectfully submitted,

                    */s/      Caitlin J. Ellis*
                    Christopher E. Hoyme, AT0010405
                    Caitlin J. Ellis, AT0013893
                    JACKSON LEWIS P.C.
                    10050 Regency Circle, Suite 400
                    Omaha, Nebraska   68114
                    Telephone: 402-391-1991
                    Facsimile: 402-391-7363
                    Email: Christopher.Hoyme@jacksonlewis.com
                    Email:  Caitlin.Ellis@jacksonlewis.com

                    Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:

Bruce H. Stoltze, Jr.
Stoltze Law Group, P.L.C.
300 Walnut, Suite 260
Des Moines, Iowa 50309
bruce.stoltze.jr@stoltze.law

                    */s/      Caitlin J. Ellis*

4890-2687-7291, v. 1